

**FILED**
DEC 07 2009

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| NANCY HEISINGER and<br>Lee Ann Pierce, Bankruptcy Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>CJ VENTURES, LLC, d/b/a Culvers<br>Frozen Custart Restaurant of Mitchell; and<br>JASON BRADLEY and<br>KRISTI BRADLEY, Owners, both in<br>their individual and official capacities,<br><br>Defendants. | CIV 08-4027<br><br><br><br><br>JUDGMENT OF DISMISSAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation for Order of Dismissal, Doc. 25, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint and Amended Complaint of the Plaintiff are hereby dismissed upon the merits, with prejudice, and with each party to pay its own costs and attorney's fees.

Dated this 7th day of December, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY:_____
DEPUTY